IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID EARL COTTON, JR.,
    Plaintiff,

vs.                                       Case No.: 3:18cv2127/LAC/EMT

DETECTIVE ROCKETT, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 28, 2018 (ECF No. 14). Plaintiff has been furnished a copy of the Report and Recommendation and efforts have been made to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mailings have been returned as undeliverable.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's federal claims for injunctive relief are **DISMISSED without prejudice** pursuant to Younger v. Harris, 401 U.S. 37 (1971);

3. Plaintiff's federal claims for monetary damages against Defendants Wells, Office of State Attorney, State Attorney Eddins, and Assistant State Attorney Richardson are **DISMISSED with prejudice** for seeking monetary relief against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

4. Plaintiff's federal claims for monetary damages against Defendants Office of Public Defender, Public Defender Miller, and Assistant Public Defender White are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

5. Plaintiff's federal claims for monetary damages against Defendants Detective Rockett, Detective Arnold, Investigator Paul, "Unnamed Deputy in Arrest Report," Walton County Sheriff's Office, Sheriff Michael Adkinson, Jr., Office of the City Marshal/Defuniak Springs Police Department, Police Chief/City Marshal Mark Weeks, and Walton County Jail are **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted, pursuant to and 28 U.S.C. § 1915(e)(2)(B)(ii) and 42 U.S.C. § 1997e(e);

6. Plaintiff's state law claims are **DISMISSED without prejudice**; and

7.      The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 28th day of December, 2018.

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**